IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Justin W. Holmes  
      Rachel K. Holmes a/k/a Rachel Hodges  
                    Debtor(s)

BK NO. 23-00099

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of t Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                  /s/ *Denise Carlon*  
                                  Denise Carlon  
                                  25 Jan 2023, 16:28:00, EST

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA  19106  
                              215-627-1322