In re:

Justin W. Holmes

Rachel K. Holmes

    Debtors

Case No. 23-00099-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: ntcnfhrg | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin W. Holmes, Rachel K. Holmes, 5251 Chambersburg Road, Orrtanna, PA 17353-9763 |
| 5516859 | + | Aetna Pharmacy Management, PO Box 741940, Atlanta, GA 30374-1940 |
| 5516861 | + | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5516863 | + | Carlisle Regional Medical Center, 220 Wilson Street, Carlisle, PA 17013-3697 |
| 5516865 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5516874 | | Dr. Roy A. Himelfarb Surgery Center, 757 Norland Ave, Bldg 2, Suite 100, Chambersburg, PA 17201 |
| 5516875 | + | Franklin Township Tax Collector, 863 Old Route 30, Orrtanna, PA 17353-9785 |
| 5516877 | + | MSHMC Physicians Group, PO Box 643313, Pittsburgh, PA 15264-3313 |
| 5516880 | #+ | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 5516881 | + | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5516882 | + | Professional Account Services Inc, PO Box 1280, Oaks, PA 19456-1280 |
| 5516883 | + | Reliant Capital Solutions, PO Box 30469, Columbus, OH 43230-0469 |
| 5516884 | + | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 5516887 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 5516892 | + | Wellspan Chambersburg Hospital, PO Box 15119, York, PA 17405-7119 |
| 5516893 | + | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 18:45:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516862 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 18:45:35 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5522119 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 18:45:35 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 18:45:59 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5516867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 18:45:24 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5516868 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 18:45:23 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5516869 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 18:56:41 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5516870 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 24 2023 18:41:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5516871 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| | | |
|---|---|---|
| | Feb 24 2023 18:41:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5516872 + Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2023 18:45:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5516873 + Email/Text: electronicbkydocs@nelnet.net | Feb 24 2023 18:41:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 5516876 Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 18:41:00 | Internal Revenue Service, PO Box 802502, Cincinnati, OH 45280 |
| 5516866 Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2023 18:45:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5520613 + Email/Text: RASEBN@raslg.com | Feb 24 2023 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5517999 Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 18:45:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5522564 Email/PDF: pa_dc_claims@navient.com | Feb 24 2023 18:45:57 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5516878 + Email/PDF: pa_dc_claims@navient.com | Feb 24 2023 18:45:57 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 5516879 + Email/PDF: pa_dc_claims@navient.com | Feb 24 2023 18:45:38 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5516860 Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2023 18:41:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 5517216 Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5516885 + Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2023 18:41:00 | Rocket Mortgage/Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5516886 Email/Text: credit@snhu.edu | Feb 24 2023 18:41:00 | Southern New Hampshire University, 2500 North River Road, Manchester, NH 03106 |
| 5517165 + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 18:45:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516888 + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 18:45:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516889 + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 18:45:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520501 + Email/Text: electronicbkydocs@nelnet.net | Feb 24 2023 18:41:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5517405 Email/Text: bankruptcy@veridiancu.org | Feb 24 2023 18:41:00 | Veridian Credit Union, PO BOX 6000, Waterloo, IA 50704 |
| 5520984 + Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 24 2023 18:41:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5516890 + Email/Text: bankruptcy@veridiancu.org | Feb 24 2023 18:41:00 | Veridian Credit Unio, Attn: Bankruptcy, P.O. Box 6000, Waterloo, IA 50704-6000 |
| 5516891 + Email/Text: vci.bkcy@vwcredit.com | Feb 24 2023 18:41:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 5516894 + Email/Text: kcm@yatb.com | Feb 24 2023 18:41:00 | York Adams Tax Bureau, 1405 N Duke St, PO Box 15627, York, PA 17405-0156 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor T Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Rachel K. Holmes ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Justin W. Holmes ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Justin W. Holmes,

    **Debtor 1**

Rachel K. Holmes,
fka Rachel Hodges,

    **Debtor 2**

Chapter     13

Case No.     1:23−bk−00099−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 26, 2023 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courtroom.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2023 |

ntcnfhrg (08/21)