UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JUSTIN W. HOLMES and | : | CHAPTER 13 |
| RACHEL K. HOLMES | : | |
| Debtors | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JUSTIN W. HOLMES and | : | |
| RACHEL K. HOLMES | : | |
| Respondents | : | CASE NO. 1-23-bk-00099 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 23rd day of February, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

 a. Excess disposable income

2. Failure to properly state the liquidation value in Section 1B of the plan – should be $10,787.47.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

 a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                                        Respectfully submitted:

                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        (717) 566-6097

BY:                  /s/Douglas R. Roeder
                          Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 28th day of February, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA 17331

                                        /s/Deborah A. Behney
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee