United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 23-00099-HWV |
|---|---|
| Justin W. Holmes | Chapter 13 |
| Rachel K. Holmes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5517999 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 18:44:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor T Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Rachel K. Holmes ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Justin W. Holmes ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


IN RE:     JUSTIN W. HOLMES                           CHAPTER 13
           RACHEL K. HOLMES
                          DEBTOR(S)
                                              CASE NO. 1:23-bk-00099-HWV
           JUSTIN W. HOLMES
           RACHEL K. HOLMES
                          MOVANT(S)

           VS.

           RESURGENT CAPITAL
           SERVICES
                          RESPONDENT


**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #3 FILED BY**
**RESURGENT CAPITAL SERVICES**

Upon consideration of the Objection to Proof of Claim #3 Filed by Resurgent Capital

Services filed herein by the Debtor, the Court hereby orders Claim #3 filed by Resurgent Capital

Services is disallowed in its entirety.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 11, 2023